**Rosalind Nelson HOLLIS, Petitioner,**

v.

**Albert NELSON, Respondent.**

Supreme Court of Pennsylvania.

April 22, 1997.

### *ORDER*

PER CURIAM.

AND NOW, this 22nd day of April, 1997, it is ORDERED that the Petition for Allowance of Appeal is GRANTED BUT LIMITED to the following:

Whether the Superior Court erred in affirming the trial court's valuation of Petitioner's pension as of the date of the separation hearing?

---

**2.** Statistics that the Pennsylvania State Police provided to the Administrative Office of the Pennsylvania Courts.

**3.** "California tops in officers' deaths," United Press International, December 31, 1996.

It is further Ordered that Respondent's Cross–Petition for Allowance of Appeal is DENIED.

NEWMAN, J., did not participate in the consideration or decision of this matter.